UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
FEB 3, 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

BANKRUPTCY MINUTES - 11 U.S.C. Section 362 MOTIONS                     2

CASE NO.  RS08-19654 MJ                         DATE FEB 3, 2010
CHAPTER 13

TITLE DEUTSCHE BANK NATIONAL TRUST COMPANY VS MIRAMONTES

Hon. Meredith A. Jury, Bankruptcy Judge

SERVICE:   ( ) Good         ( ) Defective        ( ) Proof Not Filed

Attorney(s) for Moving Party        Attorney(s) for Responding Party

_____Fiera_____             _____Miramontes_____

_____             _____

( ) Use electronically lodged order (EL)
( ) Modifications to ELO:_____
( ) No Appearance; OFF CALENDAR (relief denied pending recalendaring)
( ) Default            (X) After Hearing         ( ) By Stipulation
(X) Stay terminates (forthwith) on  _____
( ) Stay is annulled, ~~subject~~ to  _____
( ) Stay terminates, no foreclosure sale before _____
( ) Stay remains in effect subject to adequate protection order:

    ( ) Payment by cashier's check or equivalent at movant's
        attorney's office of $_____ on or before _____
    ( ) Make current payments when due effective _____

        ( ) grace period per note    ( ) no grace period

    ( ) Upon breach of condition, movant shall give respondent and
        counsel written notice that the breach must be cured within
        10 days.  A maximum of ____ such letters must be given.
        If not cured, movant shall prepare, serve and submit to the court
        a declaration re failure to cure and proposed order for relief.
    ( ) $_____ per letter.
    (X) 4001(e) is not waived.
    ( ) Order binding for six months.
    ( ) This is a "chapter 20" order.  A subsequent chapter 13 is
        anticipated
( ) OTHER:_____

_____

(X) Order to be submitted   (X) to be lodged   ( ) no lodgement necessary
        ( ) Walk through

( ) Off Calendar

( ) Hearing continued on motion of ( ) Movant  ( ) Respondent  ( ) Both
    to _____ at _____.M. for

    ( ) preliminary hearing ( ) final hearing.  Stay remains in effect.
    ( ) Notice waived       ( ) _____ to give notice