Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number  FOR COURT USE ONLY

HENRIETTA MIRAMONTES
6825 Lacey Ct.
Chino, CA 91710
(909) 260-0052

FILED
FEB 16 2010
CLERK U.S. BANKRUPTCY
CENTRAL DISTRICT OF CA.
BY:_____ Dep.

Attorney for DEBTOR IN PRO PER

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re MIRAMONTES, HENRIETTA

CHAPTER 13

CASE NUMBER 6:08-bk-19654-MJ

Debtor.

## NOTICE OF DEBTOR'S MOTION TO CONVERT CASE
## UNDER 11 U.S.C. § 706(a)

1. TO (specify name): Beneficial/HFC, Eskanos & Alder, Internal Revenue Service, Superior Court of CA, BMW Financial Serv., First Premier Bank, JC Christensen & Assoc., Tate & Kirlin ASS, Dish Network, Solomon & Solomon, Verizon CA, America Servicing Co.

2. NOTICE IS HEREBY GIVEN that Debtor will move this Court for an Order granting the relief sought in Debtor's Motion to Convert Case Under 11 U.S.C. § 706(a) ("Motion"), a copy of which is attached hereto and served herewith. Debtor seeks a conversion of this case under 11 U.S.C. § 706(a) based upon the grounds set forth in the said Motion. Debtor's Motion is made pursuant to Local Bankruptcy Rule 9013-1(o)(1), which provides for granting of motions without a hearing.

3. **Deadline for Opposition Papers and Request for a Hearing:** Pursuant to Local Bankruptcy Rule 9013-1(o)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing of this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

Dated: 2/12/10

*Henrietta Miramontes*
Law Firm Name

By: *[signature]*

Date Notice Mailed: 2/12/10

Name: _____
Attorney for Movant

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 1017-1.3.NOTICE

| In re: MIRAMONTES, HENRIETTA | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:08-bk-19654 |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3233 Grand Ave., N150, Chino Hills, CA. 91709

A true and correct copy of the foregoing document described as <u>NOTICE OF DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. Section 706(a)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:
JUDGE MEREDITH A. JURY'S DROP BOX

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 2/12/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

United States Bankruptcy Trustee
3685 Main Street, Suite 300
Riverside, CA. 92501

Rod Danielson
3435 14th St., Suite 100
Riverside, CA. 92501
Chapter 13 Trustee

GE Money Bank
5996 W. Touhy Ave.
Niles, IL 60714

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/12/10 | H. L. HARDIN | /s/ H. L. Hardin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re: MIRAMONTES, HENRIETTA | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 6:08-bk-19654 |

**ADDITIONAL SERVICE INFORMATION (if needed):**

Beneficial/HFC
P.O. Box 1547
Chesapeake, VA 23327

Eskanos & Adler
2325 Clayton Road
Concord, CA 94520

Internal Revenue Services
Insolvency Group 1
290 North D Street
San Bernardino, CA 92401-1734

Superior Court of California
8303 N. Haven Ave.
Rancho Cucamonga, CA 91730
Case No. CIVRS 803025

BMW Financial Services
P.O. Box 3608
Dublin, OH 43016

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117

JC Christensen & Associates
P.O. Box 519
Salik Rapids, MN 56379-0519

Solomon & Solomon
P.O. Box 15019
Albany, NY 12212-5019

Verizon California Inc.
Bankruptcy Administration
404 Brock Dr.
Bloomington, IL 61701

Tate & Kirlin ASS
2810 Southampton Road
Philadelphia, PA 19154

America Servicing Co.
Attention: Bankruptcy
3476 St. View Blvd.
Fort Mill, SC 28715

Dish Network
Dept 0063
Palatine, IL 60055-0063

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1